UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUNCEARAY THOMAS,<br><br>                              Plaintiff,<br>     v.<br><br>VEOLIA TRANSPORTATION SERVICES, INC., *et al.*,<br>                              Defendants. | Case No. 2:12-cv-00977-JAD-PAL<br><br>**ORDER** |

The parties submitted a Joint Motion to Modify Scheduling Order to Extend Discovery Deadlines and a Proposed Order (Dkt. #35) which the court has approved. The parties requested a modest extension of the discovery plan and scheduling order deadlines because the two attorneys assigned to this case on behalf of the Plaintiff left the law firm on short notice. The two firm shareholders of the law firm who will take over as Plaintiff's counsel are not members of the Nevada Bar and have not been admitted to this court *pro hac vice*. The same date the joint motion was filed the parties submitted a Stipulation (Dkt. #38) dismissing the class and collective action allegations, preserving Plaintiff's individual claims. A review of the docket indicates that counsel has not yet filed petitions to be admitted *pro hac vice*. Accordingly,

**IT IS ORDERED** that William Flynn and Benjamin Lunch, the two firm shareholders of Neyhart, Anderson, Flynn & Grosboll shall have until July 24, 2014 in which to file their petitions to be admitted *pro hac vice* in accordance with the Local Rules of Practice.

DATED THIS 10th day of July 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE