1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SUNCEARAY THOMAS,

Plaintiff,

v.

VEOLIA TRANSPORTATION, INC., et al.,

Defendants.

Case No. 2:12-cv-00977-JAD-PAL

ORDER

(Jt. Mot Stay – Dkt. ##50, 51)

Before the court is the parties' Notice of Settlement (Dkt. #48) and Joint Motion for Stay of Case Management Order Deadlines (Dkt. ##50, 51).  The parties indicate that a settlement has been reached in this matter and anticipate filing settlement documents within the next thirty days. Out of an abundance of caution, they request a stay of the discovery plan and scheduling order deadlines and that all pending deadlines  be extended for thirty days.  The district judge has now granted the parties' stipulation to dismiss the class/collective claims.  Accordingly,

**IT IS ORDERED** that:

1. The parties' Joint Motion to Stay of Case Management Order Deadlines (Dkt. ##50, 51) is **GRANTED** with respect to the deadline for filing dispositive motions and the joint pretrial order.   The deadline to file dispositive motions is **November 24, 2014.** The deadline to file the joint pretrial order is **December 23, 2014**, or thirty days after a decision of the dispositive motions.

2. The parties shall have until **November 24, 2014,** in which to file a stipulation to dismiss the claims of Individual Plaintiff Thomas or, alternatively, a joint status

/ / /

/ / /

/ / /

1

report outlining the status of settlement  and when the stipulation to dismiss will be filed.

DATED this 7th day of November, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE