## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Suncearay Thomas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Veolia Trasnportation Services, Inc., et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cv-977-JAD-PAL<br><br>**Order Granting Request for Dismissal with Prejudice [Doc. 58]** |

　　The parties recently agreed to settle all claims in this FMLA action, and on December 8, 2014, plaintiff received an executed settlement agreement from defendants. Doc. 58-1 at 1-2. Unfortunately, the agreement lacked a necessary attachment; and so plaintiff requested voluntary dismissal of the action with prejudice, upon receipt of the missing document. Doc. 58 at 1-2. On December 17, 2014, plaintiff notified the court that "The contingency . . . has been met." Doc. 59 at 1.

　　Federal Rule of Civil Procedure 41(a)(2) provides that where, as here, a defendant has answered or moved for summary judgment, "an action may be dismissed at the plaintiff's request only be court order, on terms the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice."

　　Plaintiff has requested dismissal with prejudice, and represents that the parties have settled all disputes between them. Doc. 58. The settlement agreement attached to plaintiff's motion provides that "Plaintiff agrees to dismiss [this lawsuit] by authorizing her attorney . . . to file with the District Court a Stipulation for Voluntary Dismissal With Prejudice . . . ." Doc. 58-1 at 8. Based on plaintiff's motion, the settlement agreement, and the subsequent notification to the court, I find good cause to grant plaintiff's request to dismiss this action with prejudice.

Accordingly, it is **HEREBY ORDERED** that plaintiff's Request for Dismissal with Prejudice **[Doc. 58] is GRANTED**. This case is dismissed with prejudice.

The clerk of court is instructed to enter judgment accordingly and close this case.

DATED: December 19, 2014

_____
Jennifer A. Dorsey
United States District Judge